```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/28/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER JUAN, and CHRISTOPHER PEARSON, on behalf of himself and others similarly situated,

                      Plaintiffs,

-against-

INTER-CON SECURITY SYSTEMS, INC.,

                      Defendants.

25 Civ. 182 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 11, 2025, Plaintiff Christopher Pearson filed a letter stating that his attorney, Randy Hernandez, "hasn't provided an update on going to arbitration since the case was closed" in March 2025, despite Mr. Pearson having "attempted to reach [Mr. Hernandez] multiple times." ECF No. 17. The letter expressed confusion about whether Mr. Pearson could "communicate to the opposing attorneys while not legally breaching the contract with [Mr. Hernandez]." *Id.*

      On September 15, 2025, Mr. Hernandez was directed to communicate with Mr. Pearson about this letter and file an update on the docket as to this letter by October 14, 2025. That submission is now overdue. Accordingly, by **November 4, 2025**, Mr. Hernandez shall contact Mr. Juan and Mr. Pearson and file an update on the docket as to Mr. Pearson's letter. The update shall confirm that Mr. Hernandez has contacted both Mr. Juan and Mr. Pearson.

      SO ORDERED.

Dated: October 28, 2025
       New York, New York

                                                              _____
                                                              ANALISA TORRES
                                                          United States District Judge