UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER JUAN, and CHRISTOPHER PEARSON, on behalf of himself and others similarly situated,

Plaintiffs,

-against-

INTER-CON SECURITY SYSTEMS, INC.,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/25/2025___

25 Civ. 182 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 11, 2025, Plaintiff Christopher Pearson filed a letter stating that his attorney, Randy Hernandez, "hasn't provided an update on going to arbitration since the case was closed" in March 2025, despite Mr. Pearson having "attempted to reach [Mr. Hernandez] multiple times." ECF No. 17. The letter expressed confusion about whether Mr. Pearson could "communicate to the opposing attorney while not legally breaching the contract with [Mr. Hernandez]." *Id.* On September 15, 2025, Mr. Hernandez was directed via email to communicate with Mr. Pearson about this letter and file an update on the docket as to Mr. Pearson's letter by October 14, 2025. Mr. Hernandez did not respond.

On October 28, 2025, the undersigned's Chambers had a phone conversation with Mr. Hernandez, in which Chambers reminded Mr. Hernandez of his obligation to comply with Court orders and informed Mr. Hernandez that the Court would be filing an order requiring a letter response on the docket. That same day, the Court filed an order directing Mr. Hernandez to contact Mr. Juan and Mr. Pearson and to file an update on the docket as to Mr. Pearson's letter by November 4, 2025. ECF No. 18. Mr. Hernandez again did not respond.

Accordingly, by **December 8, 2025**, Mr. Hernandez shall contact Mr. Juan and Mr. Pearson and file an update on the docket as to Mr. Pearson's letter. The update shall confirm that Mr. Hernandez has contacted both Mr. Juan and Mr. Pearson. Failure to comply with Court orders to contact Mr. Juan and Mr. Pearson will result in referral to the appropriate Grievance Committee.

SO ORDERED.

Dated: November 25, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge